## VERNON VASSELL *v.* COMMISSIONER
## OF CORRECTION
## (AC 31949)

Lavine, Espinosa and Borden, Js.

Argued April 26—officially released May 17, 2011

Per Curiam. The appeal is dismissed.

## TAMARA S. CROUSE *v.* JOHN B. CROUSE
## (AC 32320)

Alvord, Bear and Mihalakos, Js.

Argued April 27—officially released May 17, 2011

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* CRAIG COPLEY
## (AC 32179)

Bishop, Beach and Pellegrino, Js.

Argued April 27—officially released May 17, 2011

Per Curiam. The judgment is affirmed.